IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATRICIA EHRHARDT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NCO FINANCIAL SYSTEMS, INC. )<br>)<br>Defendant )<br>)<br>) | **Case No.: 2:12-cv-3905-TON** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Local Rule of Civil Procedure 41.1(b), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: August 15, 2012  BY:/s/Craig Thor Kimmel
   Craig Thor Kimmel, Esquire
   Attorney ID # 57100
   Kimmel & Silverman, P.C.
   30 E. Butler Pike
   Ambler, PA 19002
   Phone: (215) 540-8888
   Facsimile: (877) 788-2864
   Email: kimmel@creditlaw.com
   Attorney for Plaintiff